37 245
40ap139

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY JACOBS, Respondent, v. ELIZA BALL, Appellant.

*Supplementary proceedings — subpœnas to witnesses should be under the hand of the referee before whom they are to testify — Code of Civil Procedure, sec. 854.*

Where supplementary proceedings, instituted upon a County Court judgment, have been referred by the recorder of a city to a referee to take and report the evidence, subpœnas to witnesses should be issued under the hand of the referee before whom they are to testify, and not be tested in the name of the county judge and county clerk as though issued in an action pending in a County Court.

Appeal from an order, made by the recorder of the city of Oswego, adjudging the appellant in contempt for willfully disobeying a subpœna directing her to appear and be examined as a witness in proceedings supplementary to execution.

*D. P. Lester*, for the appellant.

*C. R. Allison*, for the respondent.

Follett, J.:

Supplementary proceedings were instituted on a County Court judgment before the recorder of the city of Oswego, who referred the matter to a referee to take and report the evidence. The attorney for the plaintiff in the proceedings signed a subpœna which was tested in the name of the judge of the County Court and purported to bear the signature of the county clerk. The original subpœna was exhibited to the appellant and a ticket containing the substance of the original subpœna was delivered to her and her fees as a witness paid. The papers in form and the proceedings under them were sufficient to legally subpœna a witness to testify in an action pending in a County Court. The witness failed to attend, for which she was adjudged in contempt and fined thirty dollars by the recorder.

Supplementary proceedings are special proceedings. (Code Civil Pro., § 2433.) The subpœna should have issued under the hand of the referee before whom the witness was required to testify. (Code

Civil Pro., § 854, and Throop's note to § 2444.) A person cannot be punished for disobeying a process issued without authority.

The order is reversed, with ten dollars costs and disbursements.

HARDIN, P. J., and VANN, J., concurred.

Order reversed, with ten dollars costs and disbursements.